1
2
3
4
5
6
7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10                WESTERN DIVISION

11

12   CHRISTOPHER BERNARD          )   Case No.  CV 13-05545 JLS (AN)
     YANCY,                       )
13                                )
              Petitioner,         )   ORDER ACCEPTING THE FINDINGS
14                                )   AND RECOMMENDATION OF THE
          v.                      )   UNITED STATES MAGISTRATE JUDGE
15                                )
     J. SOTO, Warden,             )
16                                )
              Respondent.         )
17   _____)

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the

19   Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections

20   [14]. Further, the Court has completed a *de novo* review of those portions of the R&R

21   to which Petitioner has objected.

22          IT IS ORDERED that:

23          1.     Petitioner's contention that he was not provided enough time to file a reply

24   is rebutted by the record. His sole attempt to submit a request for an extension of time

25   to file a reply, which was rejected for filing because it failed to provide a copy for the

26   Judge [13], was not received by the Court until November 18, 2013 -- 29 days after

27   Petitioner's reply was due.

28   ///

2.      The Objections, which reiterate arguments that were thoroughly and correctly addressed in the R&R, are overruled for the reasons set forth in the R&R.

3.      The Court accepts the findings and recommendation of the R&R.

4.      Judgment shall be entered denying the Petition and dismissing this action with prejudice.

5.      All pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: 1/5/14

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2