*ENTERED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT — JAN -7 2014 — CENTRAL DISTRICT OF CALIFORNIA BY shy DEPUTY*

*FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT — JAN -7 2014 — CENTRAL DISTRICT OF CALIFORNIA BY shy DEPUTY*

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BERNARD YANCY,<br><br>Petitioner,<br><br>v.<br><br>J. SOTO, Warden,<br><br>Respondent. | Case No. CV 13-05545 JLS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: 1/05/14

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE